866 A.2d 1086

**In the Matter of David Francis LUVARA.**

**No. 685 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 13, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of December, 2004, the Joint Petition to Temporarily Suspend an Attorney is granted and, pursuant to Rule 214(d)(2), Pa.R.D.E., David Francis Luvara is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E. The matter is hereby referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.